# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRUCE MATTERS, | |
| Plaintiff, | CASE NO. 3:19-cv-05305 JRC |
| v. | ORDER AMENDING SCHEDULING ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter is before the Court on plaintiff's motion for extension of time to file the opening brief. Dkt. 10. Plaintiff's opening brief is currently due on October 21, 2019; however, on October 17, 2019, he filed an unopposed motion noted for the same day and requesting to have the deadline for his opening brief extended to November 19, 2019 on the basis of workload issues. *See* Dkt. 10.

Because the request was filed sufficiently in advance that the undersigned could rule on it before the deadline expired and because defendant has no opposition, the Court will grant plaintiff's request. The Clerk shall update the docket to reflect the following deadlines:

plaintiff's opening brief is due on or before November 19, 2019; defendant's responsive brief is due on or before December 17, 2019; and plaintiff's reply brief, if any, is due on or before December 31, 2019.

Dated this 21st day of October, 2019.

_____
J. Richard Creatura
United States Magistrate Judge